## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SARAMAX, | : |
| Plaintiff, | : |
| v. | : Court No. 03-00897 |
| UNITED STATES, | : |
| Defendant. | : |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, Saramax, through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
Dated: April 19, 2024    New York, New York 10022
New York, New York    Tel. (212) 557-4000, wmarshall@gdlsk.com

By:    /s/ William F. Marshall
William F. Marshall
Robert B. Silverman

ORDER OF DISMISSAL

Court No. 03-00897, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated:    By: _____

10818363_1